1  EDMUND G. BROWN JR.
   Attorney General of the State of California
2  DAVID S. CHANEY
   Chief Assistant Attorney General
3  ROCHELLE C. EAST
   Senior Assistant Attorney General
4  TRACY S. HENDRICKSON
   Supervising Deputy Attorney General
5  MICHELLE L. ANGUS, State Bar No. 210031
   Deputy Attorney General
6   1300 I Street, Suite 125
    P.O. Box 944255
7   Sacramento, CA 94244-2550
    Telephone: (916) 445-2395
8   Fax: (916) 324-5205
    Email: Michelle.Angus@doj.ca.gov
9
   Attorneys for Defendants Brown, Cate, Doyle, and
10 Schwarzenegger

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **PETER NAVARRO JR.,**<br><br>Plaintiff,<br><br>v.<br><br>**THE STATE OF CALIFORNIA, et al.,**<br><br>Defendants. | 2:08-cv-2562 JAM EFB<br><br>**STIPULATION AND ORDER EXTENDING TIME FOR DEFENDANTS' TO FILE RESPONSE TO PLAINTIFF'S COMPLAINT** |

Under Local Rule 83-143, the parties enter into the following stipulation and ask this Court to enter it as an Order.

1. Plaintiff, Peter Navarro, brought this civil rights action against Defendants State of California, Brown, Cate, Schwarzenegger, Solano County, Paulson, Underwood, City of Vacaville, City of Vacaville Police Department, Word, Donaldson, Datzman, Doyle, California Board of Prison Terms, and the Department of Justice.

2. Plaintiff filed his Complaint, in pro per, on October 28, 2008.

3. On November 3, 2008, Defendants Brown, Cate, Doyle, and Schwarzenegger were served.[1/] Defendants' response to Plaintiff's Complaint is due on November 23, 2008.

4. Good cause exists for granting an extension of time for Defendants Brown, Cate, Doyle, and Schwarzenegger to respond to Plaintiff's Complaint. On November 19, 2008, Deputy Attorney General Michelle Angus contacted Plaintiff and requested an extension of time on behalf of the Defendants Brown, Cate, Doyle, and Schwarzenegger. This matter was assigned to Ms. Angus on November 14, 2008. Defendants' response to Plaintiff's Complaint is due on November 23, 2008. This short amount of time to respond to the Complaint is insufficient for Ms. Angus to consult with the State Defendants, conduct an initial investigation, procure all necessary documentation, analyze Plaintiff's contentions and prepare the appropriate response. Ms. Angus requested a thirty-day extension of time, up to and including December 23, 2008, to file and served a response on behalf of Defendants Brown, Cate, Doyle, and Schwarzenegger. Plaintiff consented to an extension until December 23, 2008.

Dated:      11/20/08

　　　　　　　　　　　　　　　　　　　　*/s/ Peter Navarro*
　　　　　　　　　　　　　　　　　　　　Peter Navarro
　　　　　　　　　　　　　　　　　　　　Plaintiff

Dated:      11/20/08

　　　　　　　　　　　　　　　　　　　　*/s/ Michelle L. Angus*
　　　　　　　　　　　　　　　　　　　　Michelle L. Angus
　　　　　　　　　　　　　　　　　　　　Attorney for Defendants Brown, Cate,
　　　　　　　　　　　　　　　　　　　　Doyle and Schwarzenegger

**SO ORDERED.**

Dated: November 21, 2008.

　　　　　　　　　　　　　　　　　　　　/s/ Edmund F. Brennan
　　　　　　　　　　　　　　　　　　　　EDMUND F. BRENNAN
　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

---

1. Plaintiff contends all Defendants were served on November 3, 2008. After reviewing the proofs of service on file with the Court, counsel for Defendants' Brown, Cate, Doyle, and Schwarzenegger contends the State of California, Department of Justice, California Department of Corrections and Rehabilitation, and Board of Prison Terms have not been served.

Stipulation and Order Extending Time for Defendants' to File Response to Plaintiff's Complaint