EDMUND G. BROWN JR.
Attorney General of the State of California
DAVID S. CHANEY
Chief Assistant Attorney General
ROCHELLE C. EAST
Senior Assistant Attorney General
MONICA N. ANDERSON
Supervising Deputy Attorney General
MICHELLE L. ANGUS, State Bar No. 210031
Deputy Attorney General

1300 I Street, Suite 125
P.O. Box 944255
Sacramento, CA 94244-2550
Telephone: (916) 445-2395
Fax: (916) 324-5205
Email: Michelle.Angus@doj.ca.gov

Attorneys for Defendants Brown, Cate, Doyle,
Schwarzenegger, State of California, Department of
Justice, and California Board of Prison Terms

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| PETER NAVARRO JR.,<br><br>Plaintiff,<br><br>v.<br><br>THE STATE OF CALIFORNIA, et al.,<br><br>Defendants. | 2:08-cv-2562 JAM EFB<br><br>**STIPULATION AND PROPOSED ORDER EXTENDING TIME FOR DEFENDANTS TO FILE RESPONSE TO PLAINTIFF'S COMPLAINT** |

Under Local Rule 83-143, the parties enter into the following stipulation and ask this Court to enter it as an Order.

1. Plaintiff, Peter Navarro, brought this civil rights action against Defendants State of California, Brown, Cate, Schwarzenegger, Solano County, Paulson, Underwood, City of Vacaville, City of Vacaville Police Department, Word, Donaldson, Datzman, Doyle, California Board of Prison Terms, and the Department of Justice.

2. Plaintiff filed his Complaint, in pro per, on October 28, 2008.

3. On November 3, 2008, Defendants Brown, Cate, Doyle, and Schwarzenegger (the State Individual Defendants) were served. Thereafter, the parties entered into a stipulation, and the Court ordered, that these Defendants' response to Plaintiff's Complaint would be due on December 23, 2008.

4. On November 11, 2008, Plaintiff served Defendants State of California, California Department of Corrections and Rehabilitation, California Board of Prison Terms, and Department of Justice (the State Agency Defendants). The State Agency Defendants' response to Plaintiff's Complaint is due on December 11, 2008.

4. Good cause exists for granting an extension of time for the State Agency Defendants to respond to Plaintiff's Complaint. On December 3, 2008, Deputy Attorney General Michelle Angus contacted Plaintiff and requested an extension of time on behalf of the State Agency Defendants. The State Individual Defendants' response is not due until December 23, 2008. Ms. Angus requested a brief extension of time, up to and including December 23, 2008, to file and served a response on behalf of the State Agency Defendants so that all of the State Defendants will submit a single response. Plaintiff also desires that all of the State Defendants respond to his Complaint at the same time and consented to an extension until December 23, 2008.

Dated: 12-8-2008

PETER NAVARRO
Plaintiff

Dated: 12/8/08

MICHELLE L. ANGUS
Attorney for Defendants Brown, Cate, Doyle, Schwarzenegger, State of California, Department of Justice, and California Board of Prison Terms

Stipulation and Proposed Order Extending Time for Defendants to File Response to Plaintiff's Complaint

2

1  **IT IS SO ORDERED.**
2  Dated: December 11, 2008

*/s/ Edmund F. Brennan*
The Honorable Judge Edmund F. Brennan

3
4
5
6
7  30606213.wpd
8  SA2008306265
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Stipulation and Proposed Order Extending Time for Defendants to File Response to Plaintiff's Complaint

# DECLARATION OF SERVICE BY U.S. MAIL

Case Name: **Peter Navarro, Jr. v. The State of California, et al.**

No.: **2:08-cv-2562 JAM EFB**

I declare:

I am employed in the Office of the Attorney General, which is the office of a member of the California State Bar, at which member's direction this service is made. I am 18 years of age or older and not a party to this matter. I am familiar with the business practice at the Office of the Attorney General for collection and processing of correspondence for mailing with the United States Postal Service. In accordance with that practice, correspondence placed in the internal mail collection system at the Office of the Attorney General is deposited with the United States Postal Service that same day in the ordinary course of business.

On December 8, 2008, I served the attached:

**STIPULATION AND PROPOSED ORDER EXTENDING TIME FOR DEFENDANTS TO FILE RESPONSE TO PLAINTIFF'S COMPLAINT**

by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid, in the internal mail collection system at the Office of the Attorney General at 1300 I Street, Suite 125, P.O. Box 944255, Sacramento, CA 94244-2550, addressed as follows:

Peter Navarro, Jr.
4520 Courtyard Way
Antelope, CA 95843
In Pro Per

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct and that this declaration was executed on December 8, 2008, at Sacramento, California.

| S. Lowe | *[signature]* |
|---|---|
| Declarant | Signature |

30608972.wpd